# UNITED STATES DISTRICT COURT
## for
## WESTERN DISTRICT OF TENNESSEE

FILED BY /s/ D.C.
05 AUG 16 AM 11: 27
THOMAS M. GOULD
CLERK U.S. DISTRICT COURT
W/D OF TN MEMPHIS

U.S.A. vs. __Joe Lee Williams__          Docket No. __2:03CR20260-01__

## Petition on Probation and Supervised Release

**COMES NOW** __Edward E. Shaw__ **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of _Joe Lee Williams_ who was placed on supervision by the Honorable _J. Daniel Breen_ sitting in the court at _Memphis, TN_ on the _26th_ day of _February_, _2004_ who fixed the period of supervision at _three (3) years_, and imposed the general terms and conditions theretofore adopted by the Court and also imposed Special Conditions and terms as follows:

1. The defendant shall serve a period of six (6) months of Home Detention. (Completed)
2. The defendant shall make full financial disclosure as directed by the Probation Office.
3. The defendant shall not acquire any new financial obligations without permission of the Probation Officer.
4. The defendant shall participate in substance abuse testing/treatment as deemed appropriate by the Probation Office.
2. The defendant shall jointly and severally pay restitution in the amount of $35,622.56 in regular monthly installments of ten percent (10%) of gross income. (Balance $33,814.56)

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant has consented, as indicated by his signature on the attached Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision, to the Court imposing an additional Special Condition, which states:

> You shall participate and complete as directed by the Probation Officer in a program approved by the Probation Officer for mental health evaluation, counseling and treatment.

**PRAYING THAT THE COURT WILL ORDER** that as a Special Condition of Probation, the defendant shall participate and complete as directed by the Probation Officer in a program approved by the Probation Officer for mental health evaluation, counseling and treatment.

| | |
|---|---|
| **ORDER OF COURT** | Respectfully, |
| Considered and ordered this _16th_ day of _August_, 2005 and ordered filed and made a part of the records in the the above case. | /s/ Edward E. Shaw |
| /s/ United States District Judge | Edward E. Shaw, U.S. Probation Officer<br>Electronic Monitoring Specialist |
| | Place: __Memphis, TN__ |
| | Date: __August 8, 2005__ |

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _8-18-05_

(47)

# United States District Court

Western **District of** Tennessee

## Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

You shall participate and complete as directed by the Probation Officer in a program approved by the Probation Officer for mental health evaluation, counseling and treatment.

Witness: *[signature]*
Edward E. Shaw
U.S. Probation Officer
Western District of Tennessee

Signed: *[signature]*
Joe L. Williams
Probationer/Supervised Releasee

7/27/05
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 47 in case 2:03-CR-20260 was distributed by fax, mail, or direct printing on August 18, 2005 to the parties listed.

---

Needum Louis Germany
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT